**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Joseph N. Grate, Appellant,

v.

Waccamaw EOC, Inc., Respondent.

Appellate Case No. 2012-209227

---

Appeal From Horry County
William H. Seals, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-247
Submitted May 1, 2013 – Filed June 12, 2013

---

**AFFIRMED**

---

Joseph N. Grate, of Pawleys Island, pro se.

Ralph J. Wilson, Sr., of Ralph J. Wilson, Attorney at Law, P.A., of Conway, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Ulmer v. Ulmer*, 369 S.C. 486, 490, 632 S.E.2d 858, 861 (2006) ("An appellate court will not consider issues on appeal which have not been preserved for appellate review."); *Peay v. Ross*, 292 S.C. 535, 537, 357 S.E.2d 482, 484 (Ct. App. 1987) ("Since the insufficiency of the evidence was not properly raised at

trial, [this court] cannot review the judgment on that ground."); *Lites v. Taylor*, 284 S.C. 316, 318, 326 S.E.2d 173, 175 (Ct. App. 1985) ("The failure of a [party] to move for a directed verdict at trial precludes a challenge on appeal to the sufficiency of the evidence.").

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.